**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue – 2nd Floor
Roseland, New Jersey 07068
(973) 622-1800
Joshua H. Raymond
*Special Counsel for the City of Atlantic City*

Order Filed on June 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| ERNEST M. HOWARD, | : | Case No. 19-12873(JNP) |
| Debtor. | : | **Hearing Date: June 25, 2019** |
| | : | **Hearing Time:   10:00 a.m.** |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO FILE AND PROSECUTE AN IN REM TAX FORECLOSURE COMPLAINT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 18, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:            Ernest M. Howard
Case No.:          19-12873(JNP)
Caption of Order:  Order Granting Relief from the Automatic Stay to File and Prosecute an In Rem Tax Foreclosure Complaint

---

**THIS MATTER** having been opened to the Court by the City of Atlantic City (the "City"), by and through its counsel, McManimon Scotland & Baumann, LLC, by the filing of a Notice of Motion for relief from the automatic stay to allow the City to file and prosecute and in rem tax foreclosure sale against the Debtor's real property, and the Court having considered the moving papers, and the Court having considered any opposition or response, and for good cause shown; it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 362(d)(1), the automatic stay is hereby lifted so that the City can file and prosecute to judgment and sale an In Rem Tax Foreclosure Complaint with regard to real property located at 911 Keener Avenue, Atlantic City, New Jersey – Block 642, Lot 26.