**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue – 2nd Floor
Roseland, New Jersey 07068
(973) 622-1800
Joshua H. Raymond
*Special Counsel for the City of Atlantic City*



Order Filed on June 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| ERNEST M. HOWARD, | : | Case No. 19-12873(JNP) |
| Debtor. | : | **Hearing Date: June 25, 2019**<br>**Hearing Time: 10:00 a.m.** |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO FILE AND PROSECUTE AN IN REM TAX FORECLOSURE COMPLAINT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 18, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Ernest M. Howard |
| Case No.: | 19-12873(JNP) |
| Caption of Order: | Order Granting Relief from the Automatic Stay to File and Prosecute an In Rem Tax Foreclosure Complaint |

**THIS MATTER** having been opened to the Court by the City of Atlantic City (the "City"), by and through its counsel, McManimon Scotland & Baumann, LLC, by the filing of a Notice of Motion for relief from the automatic stay to allow the City to file and prosecute and in rem tax foreclosure sale against the Debtor's real property, and the Court having considered the moving papers, and the Court having considered any opposition or response, and for good cause shown; it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 362(d)(1), the automatic stay is hereby lifted so that the City can file and prosecute to judgment and sale an In Rem Tax Foreclosure Complaint with regard to real property located at 911 Keener Avenue, Atlantic City, New Jersey – Block 642, Lot 26.

4823-0118-0311, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12873-JNP
Ernest M. Howard                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Jun 18, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db              Ernest M. Howard,    PO Box 8056,    Atlantic City, NJ   08404-8056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2007-4 Asset-Backed Certificates Series 2007-4 hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua H. Raymond    on behalf of Creditor    City of Atlantic City jraymond@msbnj.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee, et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    PCII REO LLC and US Bank Cust for PC7 Firsttrust Bank
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Nona  Ostrove    on behalf of Creditor    City of Millville nostrove@ostrovelaw.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA
                Home Equity Trust 2007-4 Asset-Backed Certificates Series 2007-4 smncina@rascrane.com
              Steven A. Silnutzer    on behalf of Debtor Ernest M. Howard stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com;silnutzerlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10