Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 19−12873−JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ernest M. Howard
   PO Box 8056
   Atlantic City, NJ 08404−8056

Social Security No.:
   xxx−xx−4759

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:     9/18/19
Time:     10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 12, 2019
JAN: kvr

                                  Jeanne Naughton
                                  Clerk, U. S. Bankruptcy Court

Case 19-12873-JNP    Doc 60    Filed 08/14/19    Entered 08/15/19 00:35:41    Desc Imaged
                    Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-12873-JNP
Ernest M. Howard                                                Chapter 13
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 3      Date Rcvd: Aug 12, 2019
                               Form ID: 132             Total Noticed: 64
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
```
db              Ernest M. Howard,    PO Box 8056,    Atlantic City, NJ  08404-8056
cr             +City of Atlantic City,    McManimon, Scotland & Baumann, LLC,     75 Livingston Avenue - 2nd Floor,
                 Roselant, NJ 07068-3737
cr             +Deutsche Bank National Trust Company, as Trustee f,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
518023099       Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA  17601-4890
518023101       Atlantic City Sewer Dept.,    1200 Atlantic Ave # 300,    Atlantic City, NJ  08401-7327
518023102      +Atlantic City Tax Collector,    6201 Atlantic Ave,    Atlantic City, NJ  08406-2734
518023105       BMW Financial Group,    PO Box 3608,    Dublin, OH  43016-0306
518023106       BSI Financial Services,    PO Box 517,    Titusville, PA  16354-0517
518023103       Bank of America Home Loans,    PO Box 31785,    Tampa, FL  33631-3785
518023104       Bayfront Emergency Physicians,    1 E New York Ave,    Somers Point, NJ  08244-2340
518062245      +City of Atlantic City,    MCMANIMON, SCOTLAND & BAUMANN, LLC,     75 Livingston Avenue - 2nd Floor,
                 Roseland, NJ 07068-3737
518145224      +City of Millville,    Law Offices of Nona L. Ostrove, LLC,    1000 White Horse Road, Suite 703,
                 Voorhees, NJ 08043-4413
518023109      +City of Pleasantville Tax Office,    18 N 1st St,    Pleasantville, NJ  08232-2647
518023110       Commercial Acceptance Co.,    PO Box 3268,    Shiremanstown, PA  17011-3268
518068156      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
518023113       Dembo, Brown & Burns, LLP,    1300 Route 73 Ste 205,    Mount Laurel, NJ  08054-2200
518023114       Direct T.V.,    c/o Diversified Consulltants,    PO Box 1391,    Southgate, MI  48195-0391
518023116      +Egg Harbor Township MUA,    3515 Bargaintown Rd,    Egg Harbor Township, NJ  08234-8321
518023117       First Premier Bank,    PO Box 5524,    Sioux Falls, SD  57117-5524
518023119       Gary C. Zeitz, LLC,    1101 Laurel Oak Rd Ste 170,    Voorhees, NJ  08043-4381
518023120       Hyberg White & Mann PC,    Executive Plaza,,    2111 New Rd Ste 105,    Northfield, NJ  08225-1512
518023122      +Jersey Shore Ambulatory Surgery,    405 Bethel Rd,    Somers Point, NJ 08244-2186
518023125       MIllville Tax Collector,    PO Box 609,    Millville, NJ  08332-0609
518023124       McCormick 106, LLC,    11350 McCormick Rd Ste 902,    Hunt Valley, MD  21031-1002
518023126       Milstead and Associates,    1 E Stow Rd,    Marlton, NJ  08053-3118
518023127       Nationstar Mortgage,    PO Box 619063,    Dallas, TX  75261-9063
518023128       Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
518058862       Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
518023129       Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX  75266-0264
518127997      +PCII REO LLC,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
518026139      +Pro Cap II LLC,    c/o Gary C. Zeitz LLC,    1101 Laurel Oak Rd., Ste. 170,
                 Voorhees, NJ 08043-4381
518023131       RAS Cintron, LLC,    130 Clinton Rd,    Fairfield, NJ  07004-2926
518023134       SLS,    8742 Lucent Blvd Ste 300,    Littleton, CO  80129-2386
518023132       Sandpiper Condominium Association,    PO Box 2446,    Ventnor City, NJ  08406-0446
518133398      +Sandpiper Condominium Association, Inc,    c/o Paul Aaronson,Esq, Heyberg White & M,
                 2111 New Road , Suite 105,    Northfield NJ 08225-1512
518023133       Shore Orthopaedic,    Attn: 4th Floor Administrative Offices,    1 New York Rd.,
                 Somers Point, NJ  08244
518023135       Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
518023136       Stern, Lavinthal & Frankewnberg, LLC,    F-005043-15,    105 Eisenhower Pkwy Ste 302,
                 Roseland, NJ  07068-1640
518023137       TTBL, LLC,    c/o Pellegrino & Feldstein,    290 US Highway 46,    Denville, NJ  07834-1239
518162036      +The Bank of New York Mellon,    KML Law Group, P.C.,    216 Haddon Ave., Ste. 406,
                 Westmont, NJ 08108-2812
518149622      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518023138      +U.S. Bank Cust. Pro Cap II,    50 S 16th St Ste 1950,    Philadelphia, PA 19102-2516
518128000      +US Bank Cust for PC7 Firsttrust Bank,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2019 23:44:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2019 23:44:51       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518023100       E-mail/Text: athapa@acmua.org Aug 12 2019 23:45:50      Atlantic City MUA,    PO Box 117,
                 Atlantic City, NJ  08404-0117
518033621      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 12 2019 23:48:42
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518069679       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 12 2019 23:48:44
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
518023107       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 12 2019 23:48:17
                 Capital One Auto Finance,    PO Box 259407,    Plano, TX  75025-9407
```

```
District/off: 0312-1           User: admin              Page 2 of 3                  Date Rcvd: Aug 12, 2019
                               Form ID: 132             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518037992      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 12 2019 23:48:13
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518023108       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 12 2019 23:47:45       Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518173100      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 12 2019 23:59:11
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518053432      +E-mail/Text: tracey.gregoire@millvillenj.gov Aug 12 2019 23:44:52       City of Millville,
                 12 S. High Street,    Millville, NJ 08332-4244
518023111       E-mail/Text: csd1clientservices@cboflanc.com Aug 12 2019 23:45:19
                 Credit Bureau of Lancaster County,    218 W Orange St,   Lancaster, PA 17603-3746
518023112       E-mail/PDF: creditonebknotifications@resurgent.com Aug 12 2019 23:48:14       Credit One Bank, NA,
                 PO Box 98873,   Las Vegas, NV 89193-8873
518023115       E-mail/Text: bankruptcynotices@dcicollect.com Aug 12 2019 23:45:19
                 Diversified Consultants, Inc,    PO Box 551268,   Jacksonville, FL 32255-1268
518182603       E-mail/Text: ar@figadvisors.com Aug 12 2019 23:45:15
                 FIG as Custodian for FIG NJ18, LLC and Secured Par,    PO Box 54472,
                 New Orleans Louisiana 70154-4472
518023118       E-mail/Text: bankruptcy@fult.com Aug 12 2019 23:45:48       Fulton Bank of New Jersey,
                 1 Penn Sq,    Lancaster, PA 17602-2853
518023121       E-mail/Text: ipfscollectionsreferrals@ipfs.com Aug 12 2019 23:45:18       Imperial PFS,
                 30 Montgomery St Ste 501,    Jersey City, NJ 07302-3821
518023123       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2019 23:48:47       LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518023130       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2019 23:48:15
                 Portfolio Recovery Associates,    PO Box 12914,   Norfolk, VA 23541-0914
518187629       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2019 23:48:48
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
518075323      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 12 2019 23:45:06       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518025539      +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2019 23:48:30       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074355*      LVNV Funding, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2007-4 Asset-Backed Certificates Series 2007-4 hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua H. Raymond    on behalf of Creditor    City of Atlantic City jraymond@msbnj.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee, et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    PCII REO LLC and US Bank Cust for PC7 Firsttrust Bank
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Nona  Ostrove    on behalf of Creditor    City of Millville nostrove@ostrovelaw.com
```

```
District/off: 0312-1           User: admin              Page 3 of 3            Date Rcvd: Aug 12, 2019
                               Form ID: 132             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Sindi  Mncina    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-4 Asset-Backed Certificates Series 2007-4 smncina@rascrane.com
         Steven A. Silnutzer    on behalf of Debtor Ernest M. Howard stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                        TOTAL: 11