Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−12873−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ernest M. Howard
   PO Box 8056
   Atlantic City, NJ 08404−8056

Social Security No.:
   xxx−xx−4759

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/4/19
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 22, 2019
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-12873-JNP
Ernest M. Howard                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Oct 22, 2019
                              Form ID: 132             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
```
db              #Ernest M. Howard,    PO Box 8056,    Atlantic City, NJ  08404-8056
cr              +City of Atlantic City,    McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue - 2nd Floor,
                  Roselant, NJ 07068-3737
cr              +Deutsche Bank National Trust Company, as Trustee f,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
518023099        Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA  17601-4890
518023101        Atlantic City Sewer Dept.,    1200 Atlantic Ave # 300,    Atlantic City, NJ  08401-7327
518023102       +Atlantic City Tax Collector,    1301 Bacharach Blvd., #126,    Atlantic City, NJ  08401-4600
518023105        BMW Financial Group,    PO Box 3608,    Dublin, OH  43016-0306
518023106        BSI Financial Services,    PO Box 517,    Titusville, PA  16354-0517
518023103        Bank of America Home Loans,    PO Box 31785,    Tampa, FL  33631-3785
518023104        Bayfront Emergency Physicians,    1 E New York Ave,    Somers Point, NJ  08244-2340
518062245       +City of Atlantic City,    MCMANIMON, SCOTLAND & BAUMANN, LLC,    75 Livingston Avenue - 2nd Floor,
                  Roseland, NJ 07068-3737
518145224       +City of Millville,    Law Offices of Nona L. Ostrove, LLC,    1000 White Horse Road, Suite 703,
                  Voorhees, NJ 08043-4413
518023109       +City of Pleasantville Tax Office,    18 N 1st St,    Pleasantville, NJ  08232-2647
518023110        Commercial Acceptance Co.,    PO Box 3268,    Shiremanstown, PA  17011-3268
518068156       +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                  6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
518023113        Dembo, Brown & Burns, LLP,    1300 Route 73 Ste 205,    Mount Laurel, NJ  08054-2200
518023114        Direct T.V.,    c/o Diversified Consulltants,    PO Box 1391,    Southgate, MI  48195-0391
518023116       +Egg Harbor Township MUA,    3515 Bargaintown Rd,    Egg Harbor Township, NJ  08234-8321
518023117        First Premier Bank,    PO Box 5524,    Sioux Falls, SD  57117-5524
518023119        Gary C. Zeitz, LLC,    1101 Laurel Oak Rd Ste 170,    Voorhees, NJ  08043-4381
518023120        Hyberg White & Mann PC,    Executive Plaza,,    2111 New Rd Ste 105,    Northfield, NJ  08225-1512
518023122       +Jersey Shore Ambulatory Surgery,    405 Bethel Rd,    Somers Point, NJ 08244-2186
518023125        MIllville Tax Collector,    PO Box 609,    Millville, NJ  08332-0609
518023124        McCormick 106, LLC,    11350 McCormick Rd Ste 902,    Hunt Valley, MD  21031-1002
518023126        Milstead and Associates,    1 E Stow Rd,    Marlton, NJ  08053-3118
518023127        Nationstar Mortgage,    PO Box 619063,    Dallas, TX  75261-9063
518023128        Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
518058862        Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                  West Palm Beach, FL 33416-4605
518127997       +PCII REO LLC,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                  Voorhees, NJ 08043-4381
518026139       +Pro Cap II LLC,    c/o Gary C. Zeitz LLC,    1101 Laurel Oak Rd., Ste. 170,
                  Voorhees, NJ 08043-4381
518023131        RAS Cintron, LLC,    130 Clinton Rd,    Fairfield, NJ  07004-2926
518023134        SLS,    8742 Lucent Blvd Ste 300,    Littleton, CO  80129-2386
518023132        Sandpiper Condominium Association,    PO Box 2446,    Ventnor City, NJ  08406-0446
518133398       +Sandpiper Condominium Association, Inc,    c/o Paul Aaronson,Esq, Heyberg White & M,
                  2111 New Road , Suite 105,    Northfield NJ 08225-1512
518023133        Shore Orthopaedic,    Attn: 4th Floor Administrative Offices,    1 New York Rd.,
                  Somers Point, NJ  08244
518428152        South Jersey Gas Company,    PO Box 6091,    Bellmawr, NJ 08099-6091
518023135        Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
518023136        Stern, Lavinthal & Frankewnberg, LLC,    F-005043-15,    105 Eisenhower Pkwy Ste 302,
                  Roseland, NJ  07068-1640
518023137        TTBL, LLC,    c/o Pellegrino & Feldstein,    290 US Highway 46,    Denville, NJ  07834-1239
518162036       +The Bank of New York Mellon,    KML Law Group, P.C.,    216 Haddon Ave., Ste. 406,
                  Westmont, NJ 08108-2812
518149622       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518023138       +U.S. Bank Cust. Pro Cap II,    50 S 16th St Ste 1950,    Philadelphia, PA 19102-2516
518128000       +US Bank Cust for PC7 Firsttrust Bank,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                  Voorhees, NJ 08043-4381
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 23:25:34      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 23:25:32      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ  07102-5235
518428151        E-mail/Text: bankruptcy@pepcoholdings.com Oct 22 2019 23:25:06      Atlantic City Electric,
                  Att: Bankruptcy / Revenue Recovery,    5 Collins Drive- STE 2133,
                  Carneys Point, NJ 08069-3600
518023100        E-mail/Text: athapa@acmua.org Oct 22 2019 23:26:27      Atlantic City MUA,    PO Box 117,
                  Atlantic City, NJ  08404-0117
518033621       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 23 2019 00:01:04
                  BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
518069679        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 23 2019 00:00:20
                  BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
```

```
District/off: 0312-1           User: admin              Page 2 of 3              Date Rcvd: Oct 22, 2019
                               Form ID: 132             Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
518023107        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 23 2019 00:13:23
                 Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
518037992       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 23 2019 00:00:04
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518023108        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 23:59:48      Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518173100       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 00:13:09
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518053432       +E-mail/Text: tracey.gregoire@millvillenj.gov Oct 22 2019 23:25:34       City of Millville,
                 12 S. High Street,    Millville, NJ 08332-4244
518023111        E-mail/Text: csd1clientservices@cboflanc.com Oct 22 2019 23:25:58
                 Credit Bureau of Lancaster County,    218 W Orange St,    Lancaster, PA 17603-3746
518023112        E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:37:33       Credit One Bank, NA,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518023115        E-mail/Text: bankruptcynotices@dcicollect.com Oct 22 2019 23:26:00
                 Diversified Consultants, Inc,    PO Box 551268,    Jacksonville, FL 32255-1268
518182603        E-mail/Text: ar@figadvisors.com Oct 22 2019 23:25:54
                 FIG as Custodian for FIG NJ18, LLC and Secured Par,    PO Box 54472,
                 New Orleans Louisiana 70154-4472
518023118        E-mail/Text: bankruptcy@fult.com Oct 22 2019 23:26:26       Fulton Bank of New Jersey,
                 1 Penn Sq,    Lancaster, PA 17602-2853
518023121        E-mail/Text: ipfscollectionsreferrals@ipfs.com Oct 22 2019 23:25:57       Imperial PFS,
                 30 Montgomery St Ste 501,    Jersey City, NJ 07302-3821
518023123        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:37:39       LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518023129       +Fax: 407-737-5634 Oct 22 2019 23:42:17      Ocwen Loan Servicing, LLC,    1661 Worthington Rd.,
                 Ste. 100,    West Palm Beach, FL 33409-6493
518023130        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 23:38:19
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-0914
518187629        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 23:37:30
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
518075323       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 22 2019 23:25:46       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518025539       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:37:21       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074355*     LVNV Funding, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2007-4 Asset-Backed Certificates Series 2007-4 hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin                Page 3 of 3                  Date Rcvd: Oct 22, 2019
                              Form ID: 132               Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Joshua H. Raymond    on behalf of Creditor    City of Atlantic City jraymond@msbnj.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York, as Trustee, et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Linda S. Fossi    on behalf of Creditor    PCII REO LLC and US Bank Cust for PC7 Firsttrust Bank
           lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Nona  Ostrove    on behalf of Creditor    City of Millville nostrove@ostrovelaw.com
          Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA
           Home Equity Trust 2007-4 Asset-Backed Certificates Series 2007-4 smncina@rascrane.com
          Steven A. Silnutzer    on behalf of Debtor Ernest M. Howard stevenasil2000@yahoo.com,
           G28047@notify.cincompass.com;silnutzerlaw@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13

Case 19-12873-JNP    Doc 81    Filed 10/24/19    Entered 10/25/19 00:35:18    Desc Imaged
                        Certificate of Notice    Page 4 of 4